# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D16-2387
_____

VICTOR G. EVERETT,

Appellant,

v.

SARAH K. EVERETT,

Appellee.

_____

On appeal from the Circuit Court for Okaloosa County.
Mary K. Polson, Judge.

March 27, 2018

PER CURIAM.

AFFIRMED.

WOLF, OSTERHAUS, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Victor G. Everett, pro se, Appellant.

Curtis W. Brannon of Curtis W. Bannon, P.A., Crestview, for Appellee.